**IN THE UNITED STATES BANKRUPTCY
COURT FOR SOUTHERN DISTRICT OF OHIO
AT COLUMBUS**

| | |
|---|---|
| **IN RE:** | CASE NO. **15-50310** |
| **Gita Rao**<br>Debtors | CHAPTER 7 |
| | JUDGE C. Kathryn Preston |
| | **NOTICE OF APPEARANCE OF<br>COUNSEL AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that Richard P. Schroeter Jr., Thomas R. Houlihan and the law firm of Amer Cunningham Co., L.P.A. hereby enter their appearance on behalf of the **State of Ohio Department of Taxation** Pursuant to Fed. R. Bankr. P. 2002(g), counsel requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the proofs of claim and also at the following address and email address:

Richard P. Schroeter Jr.
Thomas R. Houlihan
*Amer Cunningham Co., L.P.A*. 159
South Main Street, Suite 1100
Akron, OH  44308-1322
(330) 762-2411
Fax (330) 762-9918
rschroeter@amer-collect.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of the State of Ohio. The undersigned requests that he be added to the Clerk's mailing matrix in this case.

Respectfully submitted,

/s/ *Richard Schroeter*
Richard P Schroeter Jr. (#0089026)
rschroeter@amer-collect.com
/s/ *Thomas R. Houlihan*
Thomas R. Houlihan (#0070067)
Houlihan@amer-law.com
***AMER CUNNINGHAM CO., L.P.A.***
159 South Main Street, Suite 1100
Akron, OH 44308-1322
(330)762-2411
Fax (330) 762-9918
***Special Counsel to the State of Ohio Attorney General***

Case 2:15-bk-50310    Doc 42    Filed 08/04/15    Entered 08/04/15 11:58:33    Desc Main
                                Document      Page 3 of 4

# *CERTIFICATE OF SERVICE*

I certify that on August 4, 2015 a true and correct copy of the foregoing was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

**Asst US Trustee (Col)**
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215
614-469-7411
ustpregion09.cb.ecf@usdoj.gov
*Added: 01/21/2015*
*(U.S. Trustee)*

| | | |
|---|---|---|
| **Christal L Caudill**<br>3757 Attucks Drive<br>Powell, OH 43065<br>614-389-4940<br>trusteepleadings@caudill-law.com<br>*Added: 01/21/2015*<br>*(Trustee)* | represented by | **Christal Caudill**<br>3757 Attucks Drive<br>Powell, OH 43065<br>(614) 389-4940<br>(614) 389-3857 (fax)<br>clcaudill@caudill-law.com<br>*Assigned: 03/25/15*<br>*LEAD ATTORNEY* |
| **HSBC Bank USA, NA**<br>*Added: 01/27/2015*<br>*(Creditor)* | represented by | **Edward Henry Cahill**<br>Manley, Deas, Kochalski, LLC<br>P.O. Box 165028<br>Columbus, OH 43216<br>614-220-5611<br>614-220-5613 (fax)<br>amps@manleydeas.com<br>*Assigned: 01/27/15* |
| | | **Stacey A O'Stafy**<br>10 West Broad Street, Suite 900<br>Columbus, OH 43215-3415<br>(614)420-2555<br>bk.ecf.filings@gmail.com<br>*Assigned: 03/16/15*<br>*TERMINATED: 07/16/15* |
| **Mongolian Management and Investment Company, LLC**<br>*Added: 02/13/2015*<br>*(Creditor)* | represented by | **Tim J Robinson**<br>1900 Chemed Center<br>255 E Fifth Street<br>Cincinnati, OH 45202<br>513.977.8261<br>tim.robinson@dinsmore.com<br>*Assigned: 02/13/15* |
| **Gita Rao**<br>4086 Borge Way | represented by | **Debra J DeSanto**<br>887 S High St |

| | |
|---|---|
| Dublin, OH 43016<br>SSN / ITIN: xxx-xx-4330<br>*Added: 01/21/2015*<br>*(Debtor)* | Columbus, OH 43206-5190<br>(614) 444-8777<br>desanto-mcnichols@columbus.rr.com<br>*Assigned: 01/21/15* |
| **The Delaware County Bank and Trust Company**<br>*Added: 03/03/2015*<br>*(Creditor)* | represented by | **Gregory D Wooldridge**<br>P.O. Box 6356<br>Columbus, OH 43206<br>(614) 221-1662<br>ecf@fwcolumbus.com<br>*Assigned: 03/03/15* |

/s/ Richard Schroeter
/s/ Tom Houlihan
*Special Counsel to the State of Ohio Attorney General*