UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF OHIO EASTERN DIVISION

US BANKRUPTCY COURT

JUL 1 8 2017

**RECEIVED**

GITA RAO                                    :CASE NO: 15-50310

DEBTOR                                      : CHAPTER7

                                            : JUDGE Ms. Preston

---

**REF: Notification to Lissetthe Villarreal Rowe - Release of all funds held on behalf of Gita Rao trust account for Child Support Judgment Granted by domestic relation Court - Franklin County - Ohio. 14DR-04-1260**

Honorable Judge Ms. Preston

I Ganesh Rao would like to inform you that there is child support judgment granted in DR court on 06/12/2017. Lissetthe Villarreal should release all funds immediately held in her position from Gita Rao Debtor account.

Respectfully Submitted,

Ganesh Rao

7337 Clover Pkwy - Dublin - OH 43016

Date: 07/13/2017


Cc:  Ms. Christal Caudill  - Fax/USPS

Cc:  Ms. Lissetthe Villarreal - Rowe -  (Counsel) -         Fax/USPS

6830 Gettysburg Drive - Sylvania - OH 43560

Cc: Mr. Paul Bryson - Attorney - Lissetthe Villarreal

**Franklin County Ohio Clerk of Courts of the Common Pleas- 2017 Jun 12 11:32 AM-14DR001260**

Franklin County Court of Common Pleas

**Date:** 06-12-2017

**Case Title:** GITA RAO -VS- GANESH RAO

**Case Number:** 14DR001260

**Type:** MAGISTRATE DECISION & JUDGMENT ENTRY ADOPTED

Terri B. Jamison, Judge

*/s/ Terri B. Jamison/*

Terri B. Jamison

Electronically signed on 2017-Jun-12    page 9 of 9

**Franklin County Ohio Clerk of Courts of the Common Pleas- 2017 Jun 12 11:32 AM-14DR001260**

All evidence submitted in this case has been carefully reviewed by the magistrate. The mere lack of reference in this Decision to a particular fact does not mean that it was not properly considered by the magistrate. Having considered the evidence and the appropriate law, the magistrate issues the following decision and Orders:

1.  **Defendant's Motion to Establish Child Support filed on September 22, 2016 (as amended on January 26, 2017 and February 14, 2017) is GRANTED.**

2.  **Effective September 22, 2016, Mother's child support and health insurance order shall be modified as follows:**

### CHILD SUPPORT, CASH MEDICAL SUPPORT & PRIVATE HEALTH INSURANCE

Father has accessible private health insurance for the parties' minor children available to him through his employer at a reasonable cost. Father's private health insurance currently covers the parties' minor children.

Pursuant to R.C.3119.30(A), both parents are liable for the health care of the children who are not covered by private health insurance or cash medical support as calculated in accordance with section 3119.022 or 3119.023 of the Revised Code, as applicable.

The effective date of this support order is **September 22, 2016**. During any time on or after the effective date of this order that **private health insurance is in effect**, the following orders shall apply:

   A.  **Plaintiff, Gita Rao, shall pay child support of $847.62 per month, per child, plus processing charge, for a total monthly child support obligation of $1,695.24 per month, plus processing charge, which is pursuant to the attached child support worksheet.**

   B.  **Mother shall pay 50% and Father shall pay 50% of all extraordinary medical and other health care expenses for the child(ren), which are defined as uncovered medical and other health care expenses exceeding $100.00 per child per calendar year.**

During any time on or after the effective date of this order that **private health insurance is not in effect**, the following orders shall apply:

administer it on a monthly basis in accordance with sections 3121.51 to 3121.54 of the Revised Code.

Payments under the order are to be made in a manner ordered by the court or agency, and if the payments are to be made other than on a monthly basis, the required monthly administration by the agency does not affect the frequency or the amount of the support payments to be made under the order.

All notices required by this order shall be sent to the Franklin County Child Support Enforcement Agency, 80 East Fulton Street, Columbus, OH 43215.

## NOTICE TO THE PARTIES

A party shall not assign as error on appeal the court's adoption of any factual finding or legal conclusion, whether or not specifically designated as a finding of fact or conclusion of law under Civ. R. 53(D)(3)(a)(ii) or Juv. R. 40(D)(3)(a)(ii), unless the party timely and specifically objects to that factual finding or legal conclusion as required by Civ. R. 53(D)(3)(b) or Juv. R. 40(D)(3)(b).

_____
Magistrate Elliott          Date 6/2/17

cc:

George Wolfe, Attorney for Plaintiff

Gita Rao, Defendant, pro se

7