**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: August 16, 2017**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 15-50310 |
| | : | |
| Gita Rao, | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |

### ORDER DENYING GANESH RAO'S REQUEST (DOC. #78)

This cause came on for consideration of Ganesh Rao's *"Request for Disallow any Motion pending in the BK courts. Domestic Relations Court of Franklin County Child Support Orders Granted. Pending dues. Court have been requested to attach the assets and immediate release held by Lissetthe Villarreal. Hearing Date Scheduled"* (the "Request") (Doc. #78). It appears that the Request asks this Court to belay a decision on any pending motions. The Court having considered the Request finds that it fails to articulate a sufficient basis for the relief sought. Accordingly, it is

**ORDERED AND ADJUDGED** that Ganesh Rao's *Request for Disallow any Motion*

*pending in the BK courts. Domestic Relations Court of Franklin County Child Support Orders Granted. Pending dues. Court have been requested to attach the assets and immediate release held by Lissetthe Villarreal. Hearing Date Scheduled* (Doc. #78) is hereby DENIED.

    IT IS SO ORDERED.

Copies to:

Default List

Ganesh Rao
7337 Clover Pkwy
Dublin, OH 43016

                          # # #